IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICKY BROWNING,**

    **Petitioner,**

v.                            **CASE NO. 2:06-cv-00005**
                                  **JUDGE WATSON**
**STATE OF OHIO, Warden,**         **MAGISTRATE JUDGE ABEL**

    **Respondent.**

## OPINION AND ORDER

On August 11, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**. The Clerk is **DIRECTED** to enter final judgment dismissing this action.

**IT IS SO ORDERED.**

                                                      _____
                                                      MICHAEL H. WATSON
                                                      United States District Judge